# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAYMOND ZONG, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MERRILL LYNCH, PIERCE, FENNER & | : | |
| SMITH INCORPORATED, a wholly | : | |
| owned subsidiary of Bank of America, | : | |
| | : | No. 13-cv-03256 |
| Defendant. | : | |

## **O R D E R**

AND NOW, this 22nd day of September, 2014, upon consideration of the written submissions, and after hearing oral argument, it is ORDERED that Defendant Merrill Lynch, Peirce, Fenner & Smith Incorporated's Motion to Enforce Settlement is GRANTED. This case is DISMISSED WITH PREJUDICE.

SO ORDERED


*s/Richard A. Lloret*
RICHARD A. LLORET
U.S. Magistrate Judge